1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

SUNSHINE SPURGEON,

11                     Plaintiff,

12          v.

13   OLYMPIC PANEL PRODUCTS LLC,
     a Washington State limited liability
14   company; THE INTERNATIONAL
     ASSOCIATION OF MACHINISTS,
15   WOODWORKERS LOCAL LODGE
     W-38,
16
                       Defendants.
17

CASE NO. C07-5436BHS

ORDER DENYING
PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER AND
REQUEST TO DEVELOP
CONSOLIDATED
DISCOVERY SCHEDULE

18           This matter comes before the Court on Plaintiff's Motion for Protective Order and

19   Request to Develop Consolidated Discovery Schedule (Dkt. 34). The Court has

20   considered the pleadings filed in support of and in opposition to the motion and the

21   remainder of the file and hereby denies the motion for the reasons stated herein.

22                          **I. FACTUAL AND PROCEDURAL BACKGROUND**

23           In her amended complaint, Plaintiff Sunshine Spurgeon contends that she suffered

24   a workplace injury rendering her permanently disabled. Dkt. 1 at 7. Ms. Spurgeon

25   contends that Defendants contested whether she was injured, refused to accommodate her

26   disability, failed to consider her for positions for which she applied and was qualified, and

27   treated her differently from similarly situated male employees. *Id.* at 7-9. Ms. Spurgeon

28

ORDER - 1

brings claims for discrimination, retaliation, violation of Washington law regarding viewing of employment records, breach of fiduciary duty as to the International Association of Machinists, Woodworkers Local Lodge W-38, constructive termination, and wrongful termination in violation of public policy. *Id.* at 10-13. Plaintiff has been granted leave to file a second amended complaint on or before March 25, 2008, adding Christine Hoyt and Rosemary Kudia as plaintiffs and including fraud, breach of oral contract, and hostile work environment claims. Dkt. 38 at 8.

## II. DISCUSSION

Plaintiff asks the Court to enter a consolidated discovery schedule to govern this case and the Grinenko matter. Dkt. 34. The motion includes the caption of the Grinenko case, although the two cases have not been consolidated and Plaintiff has not moved for such relief.

The Court concludes that the two cases are insufficiently similar to warrant a consolidated discovery schedule. This matter is set for a bench trial on December 8, 2008. Dkt. 14. The Grinenko matter is set for a jury trial on February 17, 2009. The discovery deadlines differ by approximately two months. The cases involve different claims and different parties. The Court therefore declines to issue a consolidated discovery schedule in this case and the Grinenko matter.

## III. ORDER

Therefore, it is hereby

**ORDERED** that Plaintiff's Motion for Protective Order and Request to Develop Consolidated Discovery Schedule (Dkt. 34) is **DENIED**.

DATED this 25th day of March, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2